FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 DEC 18 AM 10: 48

CLERK _____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| JOHN JUNIOR CISSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CV606-095 |
| ) | |
| RALPH KEMP, Warden, ) | |
| ) | |
| Respondent. ) | |

## ORDER

After a careful <u>de novo</u> review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 18 day of Dec., 2006.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA